Honorable Judge Lifland
- Page 2
September 8, 2005

PROB 35  
(Rev. 4/81)

**Report and Order Terminating Probation/**
**Supervised Release Prior to Original Expiration Date**

---

## United States District Court
### For The
### District of New Jersey

UNITED STATES OF AMERICA

V.                                              Crim. No. <u>01-00578-001</u>

Thomas Cosenza

On 02/08/2002, the above named was sentenced to 12 months and 1 day imprisonment to be followed by 3 years supervised release. The probationer has complied with the rules and regulations of supervised release and is no longer in need of probation supervision. It is accordingly recommended that the probationer be discharged from probation.

Respectfully submitted,

*/s/ Dina Violante*

U.S. Probation Officer  
Dina M. Violante

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer be discharged from probation and that the proceedings in the case be terminated.

Dated this __16th__ Day of __Sept.__, ~~19~~ 2005.

_____  
United States District Judge